UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MULDOWNEY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAWLEY & BERGMANN, LLC AND JHPDE FINANCE 1, LLC,<br><br>　　　　Defendant. | Civil Action No.: 5:19-cv-01086-GTS-ML |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendants, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs.

| | |
|---|---|
| Barshay Sanders, PLLC<br>Attorneys for Plaintiff | Maurice Wutscher, LLP<br>Attorneys for Defendants |
| **/s/ David Barshay**<br>David Barshay, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>(516) 203-7600 | **/s/ Thomas R. Dominczyk**<br>Thomas R. Dominczyk, Esq.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822<br>(908) 237-4550 |
| Dated: October 2, 2019 | Dated: October 2, 2019 |

And now, this ___3rd___ day of ___October, 2019___, the above Stipulation is approved:

　　　　　　　　　　　　　　　　　　　　_/s/ Glenn T. Suddaby_
　　　　　　　　　　　　　　　　　　　　Hon. Glenn T. Suddaby
　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge